UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00311-RJC-DSC

| | |
|---|---|
| DOUGLAS P. EHMANN,<br><br>Plaintiff,<br><br>v.<br><br>DUKE ENERGY CAROLINAS, LLC,<br><br>Defendant. | <u>Order</u> |

This matter is before the Court on the parties' Joint Motion for Entry of Consent Order Granting Defendant's Motion to Alter or Amend and Motion for Summary Judgment, (Doc. No. 60), and Defendant's Motion to Alter or Amend, (Doc. No. 48). For the reasons agreed to by the parties, as set forth in their proposed consent order, (Doc. No. 60-1), **IT IS ORDERED** that:

1. The Joint Motion for Entry of Consent Order Granting Defendant's Motion to Alter or Amend and Motion for Summary Judgment, (Doc. No. 60), is **GRANTED**;
2. Defendant's Motion to Alter or Amend, (Doc. No. 48), is **GRANTED**; and
3. Defendant's Motion for Summary Judgment, (Doc. No. 38), is **GRANTED**.

Signed: February 9, 2022

Robert J. Conrad, Jr.
United States District Judge

1

Case 3:19-cv-00311-RJC-DSC   Document 61   Filed 02/09/22   Page 1 of 1